| | |
|---|---|
| DAVID L. ANDERSON (CABN 149604)<br>United States Attorney<br><br>HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division<br><br>MOLLY K. PRIEDEMAN (CABN 302096)<br>Assistant United States Attorney<br><br>   450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495<br>   Telephone: (415) 436-7332<br>   FAX: (415) 436-7234<br>   molly.priedeman@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Sep 30 2020<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLICATION BY THE UNITED STATES FOR A SEARCH WARRANT FOR ONE PHYSICAL LOCATION FOR INVESTIGATION OF 18 U.S.C. § 2252 and ARREST WARRANT | ) NO.: 3-20-mj-71406 MAG<br>)<br>) MOTION TO SEAL DOCUMENTS<br>)<br>) ▆▆▆▆▆▆▆▆<br>)<br>)<br>)<br>)<br>) |

   The United States, by and through its counsel, Assistant United States Attorney MOLLY K. PRIEDEMAN, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the application and affidavit for the above-referenced investigation, the complaint, arrest warrant, and all attachments in the above-referenced investigation. Disclosure of the specified documents might jeopardize the progress of this ongoing investigation that is neither public nor known to unidentified co-conspirators of the investigation.

   Accordingly, the United States requests that the Court seals these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary with counsel for any defendant charged as a result of

1 this investigation and with the FBI, which should be allowed to share the results of the investigation
2 with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence
3 agencies, for use in investigation and prosecution. The United States requests that the complaint and
4 arrest warrant be unsealed after the arrest warrant has been executed.

6 DATED: September 29, 2020          Respectfully submitted,

7                                    DAVID L. ANDERSON
                                     United States Attorney

9                                         /s/ Molly Priedeman
10                                   MOLLY K. PRIEDEMAN
                                     Assistant United States Attorney