DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    FAX: (415) 436-7234
    molly.priedeman@usdoj.gov

Attorneys for United States of America

FILED
Sep 30 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLICATION BY THE UNITED STATES FOR A SEARCH WARRANT FOR ONE PHYSICAL LOCATION FOR INVESTIGATION OF 18 U.S.C. § 2252 and ARREST WARRANT | NO.: 3-20-mj-71406 MAG<br><br>[PROPOSED] SEALING ORDER |

    Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the application and affidavit for investigation, the investigation, and all attachments in the above-referenced investigation, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office.

\\
\\
\\
\\
\\

The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of this investigation and with the FBI, which should be allowed to share the results of the investigation with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution. The arrest warrant, summons, and complaint are hereby unsealed after the arrest warrant and/or summons has been executed.

IT IS SO ORDERED.

DATED: September 30, 2020

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE