```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  MOHIT GOURISARIA (CABN 320754)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7063
 7      Fax: (415) 436-7234
        mohit.gourisaria@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 20-71406 MAG |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER STAYING ORDER GRANTING RELEASE OF DEFENDANT |
| v. | ) |
| ADRIAN KYLE BENJAMIN, | ) |
| Defendant | ) |

For good cause shown, the United States' application for a stay of Magistrate Judge Nathanael Cousins's order granting release to defendant Adrian Kyle Benjamin in the above-captioned case is GRANTED. The release order is STAYED until October 14, 2020, when the parties will appear before this Court. It is further ORDERED that defendant is to remain in the custody of the United States Marshals Service until further order of this Court.

DATED: October 8, 2020

_____
HONORABLE EDWARD M. CHEN
United States District Judge

UNITED STATES' MEMORANDUM RE RELEASE ORDER
CR 20-71406 MAG                               11