UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 14, 2020     **Time:** 3:23-4:08= 45 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 20-mj-71406-MAG-1     **Case Name:** USA v. Adrian Kyle Benjamin

**Attorney for Government:** Mohit Gourisaria
**Attorney for Defendant:** Dan Blank
**Defendant:** [ ] Present  [X] Not Present – appearance waived
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Marla Knox
**Interpreter:**     **Pretrial Officer:** Pepper Friesen

## PROCEEDINGS HELD BY ZOOM WEBINAR

[13] Motion (1) To Revoke Release Order and Order Defendant Detained, and (2) To Stay Magistrate Judge's Release Order – held.

## SUMMARY

Parties stated appearances. Defense counsel waived defendant's appearance for this hearing.

Parties proffered argument. James T. and Lauren G., parents of defendant, addressed the Court. Tina P., mother of victim, addressed the Court.

For reasons stated on the record, Court **REMANDS** this case back to Magistrate Judge Nathanael Cousins to fashion a release bond on terms stated on the record. The bond shall include, inter alia, the following conditions: 1) defendant may not have access to any electronic devices except communal devices at the halfway house; 2) defendant shall reside in a halfway house, subject to rules and regulations of the house as coordinated by pretrial services; 3) defendant shall participate in mental health treatment; and 4) sureties shall be attained.

Court thanks defendant's parents and parent of victim for their participation in this proceeding.