DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    Fax: (415) 436-7234
    mohit.gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-71406 MAG |
| Plaintiff, | DECLARATION OF MOHIT GOURISARIA IN SUPPORT OF UNITED STATES' MOTION TO ORDER DEFENDANT DETAINED |
| v. | |
| ADRIAN KYLE BENJAMIN, | |
| Defendant. | |

I, Mohit Gourisaria, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California. I am assigned to the prosecution of the above-captioned case.

2. Attached hereto as **Exhibit A** is a true and correct copy of a transcript of the detention hearing held before the district court (Hon. Edward M. Chen) on October 14, 2020.

3. On October 16, 2020, I spoke with Maria Richard, Facility Director at the halfway house in San Francisco (Taylor Street Center). During that conversation, Ms. Richard, the most senior administrator at the halfway house, provided the following information:

    a. The halfway house has approximately 37 employees, 15 of whom are assigned to

security roles. Every employee, however, receives security training.

b. The halfway house has 105 rooms; the occupancy per room varies between 2 and 6. It has the capacity to hold approximately 230 residents.

c. Every room at the halfway house is searched at least once per month. An effort is made to monitor the sex-offender population more closely, but there are no cameras in the rooms.

d. Residents at the halfway house typically are permitted one personal mobile phone and, with authorization from Pretrial Services, a personal laptop. Additionally, one television is permitted per room.

e. The halfway house does not provide Wi-Fi in the rooms, but residents are known to access the Internet via Wi-Fi that is publicly available as well as through hotspots.

f. The halfway house offers a communal computer lab that is monitored both by a staff member and "Net Nanny," a content-control software. There also is one unmonitored computer, which can be used only for medical-treatment sessions.

g. Deliveries for residents are inspected. But residents have been able to sneak in unauthorized items, including (memorably) a six-foot teddy bear and a dresser.

h. Though the halfway house "somewhere between loosely and tightly monitor[s]" its residents, there have been several occasions where residents were found with unauthorized electronic devices such as tablets and laptops.

i. Residents in the past have found the means to commit new offenses from the halfway house (including sex offenses, robberies, and drug sales).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of October, 2020.

                                                                                      */s/ Mohit Gourisaria*
                                                                                      MOHIT GOURISARIA
                                                                                      Assistant United States Attorney