DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    Fax: (415) 436-7234
    mohit.gourisaria@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-71406 MAG |
| Plaintiff, | NOTICE WITHDRAWING REQUEST THAT THE RELEASE ORDER BE STAYED |
| v. | |
| ADRIAN KYLE BENJAMIN, | |
| Defendant. | |

On October 8, 2020, Magistrate Judge Nathanael Cousins ordered Benjamin released on a $25,000 unsecured bond, signed by a surety and requiring the surety also to be a custodian. The United States moved the district court (Hon. Edward M. Chen) to revoke the release order and to order Benjamin detained. *See* Dkt 13 (memorandum in support of motion); 19 (reply in support of motion). The district court heard the motion on October 14, and remanded the case back to Magistrate Judge Cousins for the imposition of revised and additional conditions. *See* Dkt 20 (remand order); Dkt 23. On October 19, 2020, the United States filed a supplemental memorandum in support of detention. *See* Dkt 23.

A second detention hearing was held before Magistrate Judge Nathanael Cousins on October 22,

1  2020, during which defendant was ordered released on the revised and additional conditions ordered by
2  the district court. *See* Dkt 24. The release order, upon the United States' request, was stayed until noon
3  on October 23, 2020. Having considered its options for review and appeal, the United States withdraws
4  its request that the release order be stayed.

7  DATED:  October 23, 2020                                  Yours sincerely,

8                                                             DAVID L. ANDERSON
                                                              United States Attorney

11                                                            _____/s/_____
                                                              MOHIT GOURISARIA
                                                              Assistant United States Attorney