1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  MOHIT GOURISARIA (CABN 320754)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495

7      Telephone: (415) 436-7063
       Fax: (415) 436-7234

8      mohit.gourisaria@usdoj.gov

9  Attorneys for United States of America

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12             SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )  CASE NO. CR 20-71406 MAG
                                           )
14         Plaintiff,                      )  DECLARATION OF MOHIT GOURISARIA
                                           )  REGARDING DISCOVERY
15     v.                                  )
                                           )
16  ADRIAN KYLE BENJAMIN,                  )
                                           )
17         Defendant.                      )
                                           )
18  _____       )

19

20      I, Mohit Gourisaria, declare and state as follows:

21      1.  I am an Assistant United States Attorney for the Northern District of California. I am

22          assigned to the prosecution of the above-captioned case.

23      2.  On September 30, 2020, the Honorable Jacqueline S. Corley, United States Magistrate Judge,

24          signed a federal criminal complaint charging defendant with Receipt of Child Pornography,

25          in violation of 18 U.S.C. § 2252(a)(2). On October 2, 2020, defendant made his initial

26          appearance and was arraigned on the criminal complaint.

27      3.  On October 7, 2020, a day before defendant's initial detention hearing before Magistrate

28          Judge Nathanael Cousins, the government produced nearly 5,000 pages of discovery (Bates

DECLARATION OF MOHIT GOURISARIA
CR 20-71406 MAG                    1

Nos. US-000001 – US-004969), including copies of the following:

    a.  Child victim reports and interviews;

    b.  March 2020 interviews with defendant and family members;

    c.  Social-media screenshots;

    d.  Subpoena requests and returns;

    e.  Search warrants and returns;

    f.  March 2020 search warrant photos;

    g.  Various FBI notes and reports;

    h.  DMV, INS, CLETS, CEAR, CARFAX, ALPR, EDD, and Accurint reports; and

    i.  Surveillance photos.

4.  In conjunction with its October 7 production, the government offered to make available for defense counsel's inspection any item of evidence referred to in the production, as well as any other evidence seized from defendant and/or which the government intends to offer in its case-in-chief.

5.  On October 15, 2020, defense counsel emailed the government "to schedule an evidence view of the contraband materials that cannot be provided to [defense] in discovery." That same day, the parties mutually agreed on a date (November 9, 2020) for defense counsel to view such evidence at the FBI's offices in San Francisco.

6.  The government has produced substantially all Rule 16 discovery that is currently available to it. The FBI arrested defendant on October 1, 2020, and, pursuant to search warrants, seized seven digital devices that are in the process of being imaged and reviewed for unlawful conduct. The FBI's preliminary, manual review of defendant's Samsung mobile phone uncovered additional suspected child pornography, as proffered by the government in its supplemental memorandum in support of detention. *See* Dkt 23. Once that review is complete, the government will produce any relevant reports and also allow defense counsel to view in person contraband materials such as child pornography that cannot be produced as part of discovery.

1        I declare under penalty of perjury under the laws of the United States that the foregoing is true

2 and correct. Executed this 23rd day of October, 2020.

3                                    */s/*

                                 MOHIT GOURISARIA

4                                  Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28